UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL J. BENSON,

          Plaintiff,

    v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

          Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No. 08-0628

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. §405(g)**

This matter having been opened to the Court by ANDREW T. BAXTER, Acting United States Attorney for the Northern District of New York, and Dennis J. Canning, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this      day of      , 2009;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED.

Norman A. Mordue
Chief Judge

Dated: January 12, 2009

The undersigned hereby consent to the form and entry of the within order.

                        ANDREW T. BAXTER
                        Acting United States Attorney

By:   /s/ Dennis J. Canning
       Dennis J. Canning
       Special Assistant U.S. Attorney
       Bar No. 513652

       JONATHAN P. FOSTER
       Attorney at Law

By:   Jonathan P. Foster, Esq.
       Attorney for Plaintiff
       Bar No. 21874